UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
U.S. COURTHOUSE
DETROIT, MICHIGAN 48226

CHAMBERS OF
**PAUL D. BORMAN**
UNITED STATES DISTRICT JUDGE

(313) 234-5120
Fax (313) 234-5350

94-71785

April 1, 2004

Dwight Rashad #167631
Carson City Corrections Facility
PO Box 5000
Carson City, MI 48811

Dear Mr. Rashad;

    I am enclosing certified copies of the Report and Recommendation as well as the Order Accepting Report and Recommendation and a certified docket sheet for you to present to the MDOC.

    If these documents are not sufficient, it will be necessary for you to present a copy to the sentencing court in your case. Judge Borman did not do your original sentence and therefore cannot issue a new judgment on your case. The state judge that pronounced judgment and signed the Judgment of Sentence will have to issue any new Judgment on your case.

    I hope this will take care of problems you are having.

Thank you,

Jonie Parker
Case Manager to
United States District Judge
Paul D. Borman

enc.,

February 05, 2004

Dwight Rashad #167631
Carson City Corr Fac
P.O. Box 5000
Carson City, MI 48811

                RE: **Order and Judgment of Sentence Via Rashad v Burt, 108 Federal 3rd**

Clerk Of the Court
United States District Court
Eastern District of MIchigan
Southern Division
231 Lafayette Boulevard
Detroit, Michigan  48226

Dear Clerk:

Pursuant to the enclosed "Order," Judge Paul Borman granted my Petition for Writ of Habeas Corpus. And the Writ was affirmed in the United States Sixth Circuit Court. Also, the United States Supreme Court did not grant the attorney general certiorari in this matter.

Moreover, according to the enclosed "Michigan Department Of Corrections Memorandum," I am still serving a consecutive sentence. As a result, I'm currently ineligible for parole, unable to attend my love one's funerals, and I am housed at a higher security level.

Therefore, please send the (MDOC) an **"official order and judgment of sentence"** at your earliest convenience.

I thank you in advance for your cooperation with this matter. And I'm looking forward to your response.

Sincerely,
*Dwight Rashad*
Dwight Rashad

cc: Atty. Jeffrey Edison

    Enclosures

# MICHIGAN DEPARTMENT OF CORRECTIONS

"Expecting Excellence Every Day"

## MEMORANDUM

DATE:     January 26, 2004

TO:       RASHAD, Dwight  #167631
          7-T-62

FROM:     L. Kingsbury/Department Technician  *L. Kingsbury*

SUBJECT:  Consecutive Sentencing

The Record Office will **not** make any changes to your current sentencing guidelines as we have not received **official** direction in the form of a signed, sealed, amended Judgment of Sentence from the court.

Currently, you are serving on your C-prefix which includes record #03 (Controlled Substance) and record #04 (Controlled Substance). These records were ordered to be served consecutively.